UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARLOS M. QUEZADA,<br><br>   Petitioner,<br><br> v.<br><br>K. HARRINGTON, WARDEN,<br>EDMUND G. BROWN, JR.,<br>ATTORNEY GENERAL,<br><br>   Respondents. | No. CV 10-3346 JVS (FFM)<br><br>JUDGMENT |

  Pursuant to the Order Denying Application for Enlargement of Time for Lack of Jurisdiction,

  IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: May 12, 2010

                        JAMES V. SELNA
                      United States District Judge